The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

November 16, 2020

**Via ECF**
Hon. Alison J. Nathan
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020
```

      Re:    Valerio et al. v. Anfield Interiors, Inc. et al.
             20-cv-02275 (AJN)

Dear Judge Nathan:

      The parties jointly write to inform the Court that a class action settlement in principle has been reached. The parties request that the Court stay all pending discovery deadlines. In addition, the parties request to have until December 28, 2020 to provide the Court with the proposed settlement agreement application papers.

SO ORDERED.

      We thank the Court for its consideration.

*[signature: Alison J. Nathan]*
11/17/2020

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

**Via ECF**
*All attorneys on record*