The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

December 24, 2020

**Via ECF**
Hon. Debra Freeman
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    Valerio et al. v. Anfield Interiors, Inc. et al.
              20-cv-02275 (AJN)

Dear Judge Freeman:

      The parties jointly request an additional month to file the class action settlement application papers. The application is currently due on December 28, 2020. Specifically, the parties request to have until January 28, 2021. This is the parties first request for an extension. Last week Plaintiff provided Defendants with a proposed settlement draft for their review. The basis for the request is Covid-19 and workload.

      We thank the Court for its consideration.

      Respectfully,

      */s Jacob Aronauer*
      Jacob Aronauer
      *Attorney for Plaintiff*

**Via ECF**
*All attorneys on record*

---

SO ORDERED

*[signature]*

DEBRA FREEMAN
United States Magistrate Judge
Dated: 12/28/2020