UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ROBERTO ARIAS VALERIO,
on behalf of himself and all others
similarly situated,

                              Plaintiff,

                                                      **20-cv-02275 (DCF)**

              - against -

ANFIELD INTERIORS, INC.
and RUAIRI K. DUFFY, individually,

                              Defendants.

------------------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, FOR APPROVAL OF SERVICE PAYMENTS, AND FOR APPROVAL OF PAYMENT OF THE CLAIMS ADMINISTRATOR'S COSTS AND EXPENSES**

Plaintiff Roberto Arias Valerio, individually and on behalf of all other similarly situated individuals, by and through their undersigned attorneys, with the consent of Defendants, hereby file this Motion for Final Approval of Class and Collective Action Settlement, for Award of Attorneys' Fees and Expenses, for Approval of Service Payments to the Class Representative and Original Opt-ins and for Approval of Payment of the Claims Administrator's Costs and Expenses. Plaintiff respectfully requests that the Court review and approve the terms of the proposed settlement of this matter, both as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and also as a class action under Fed. Civ. P. 23 for Plaintiff's claims under the New York Labor Law, §§ 190 *et seq*. Plaintiff also requests that the Court approve the proposed apportionment of the settlement proceeds, after conducting a hearing about the fairness, reasonableness, and adequacy of the proposed settlement.

The grounds for this motion are that the parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations; that the named Plaintiff, as the

representative of the class, believes that the proposed settlement is in the best interests of the class as a whole; that no Class Members have objected to the proposed settlement, and that all parties desire to conclude this matter without further expense, delay, or the uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the declaration of Jacob Aronauer and the documents attached thereto.

Dated:  June 17, 2021
        New York, New York

                                    **THE LAW OFFICES OF JACOB ARONAUER**

                                    _/s Jacob Aronauer_
                                    Jacob Aronauer
                                    225 Broadway, 3rd Floor
                                    New York, NY 10007